UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
**Joseph A. Dickson**
United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973-645-2580)

### LETTER ORDER

### March 19, 2015

*All counsel of record via ECF*
*Defendant Levy via regular mail*

Re: Kevin Parisi v. Drew University et al
Civil Action No. 2:14-cv-02263 (ES) (JAD)

Dear Counsel and Mr. Levy,

This matter comes before the Court by way of the proposed Discovery Confidentiality Order submitted on March 8, 2015, which was not signed by Defendant Levy. (ECF No. 43). During the telephone status conference on March 11, 2015, the Court gave Defendant Levy the opportunity to sign the proposed Order before March 13, 2015. Given Defendant Levy's failure to do so to this date, the Court shall sign the Discovery Confidentiality Order without Defendant Levy's signature, as was discussed during the telephone status conference.

**SO ORDERED**

JOSEPH A. DICKSON, U.S.M.J.

cc: Hon. Esther Salas, U.S.D.J.