# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge: **Esther Salas**                                   APRIL 21, 2015
                                                          Date of Proceedings

Court Reporter: Lynne Johnson

Deputy Clerk: Philip Selecky

**Title of Case**:                          Docket # **CV. 14-2263 (ES)**

Parisi v. Drew University, et al.

**Appearances**:
Kimberly Lau, Esq, & Solomon Rubin, Esq, for the pltf.
James Lidon, Esq, & William Brown, Esq, for deft, Drew University.
Jacob Levy, Pro-Se Deft.

**Nature of Proceedings**: Hearing on the deft, Drew University's motion to dismiss.
Ordered motion granted without prejudice.
Opinion read into the record.


Time Commenced: 12:00 p.m.
Time Adjourned: 12:30 p.m.
Total Time: 30 Minutes

                                            Philip Selecky, Deputy Clerk