<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KEVIN PARISI,** | |
| Plaintiff, | Civil Action No. 14-2263 (ES) |
| v. | |
| **DREW UNIVERSITY, et al.,** | <u>**ORDER**</u> |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

For the reasons stated on the record during the April 21, 2015 Oral Argument, the Court grants Defendant Drew University's motion to dismiss Plaintiff Kevin Parisi's Title IX claim without prejudice. (D.E. No. 9). Having dismissed Plaintiff's only federal claim, the Court declines to exercise jurisdiction over the remaining state law and declaratory judgment claims and dismisses these claims without prejudice. The Clerk of the Court shall mark this case CLOSED.

<u>/s/Esther Salas      </u>
**Esther Salas, U.S.D.J.**
